

# PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. SUSAN SPEED |
| **DEFENDANT:** | SUSAN SPEED (ALL COUNTS) |
| **USAO NUMBER:** | 23R00488 |
| **AUSA:** | Christopher J. Bodnar |

**CODE VIOLATIONS:**

| | |
|---|---|
| **COUNTS 1–12:** | 21 U.S.C. § 843(a)(3), Obtaining a Controlled Substance by Fraud |

**PENALTIES:**

| | |
|---|---|
| **COUNTS 1–12:** | 4 yrs/$250,000/1 yrs SRT/$100 SA |